# UNITED STATES DISTRICT COURT
for
**Middle District of Pennsylvania/Harrisburg**

## Request for Modifying the Conditions or Term of Supervision

Name of Offender: Bessie Perry    Case Number: 1:01-CR-149-01
Name of Sentencing Judicial Officer: The Honorable Sylvia H. Rambo
Date of Original Sentence: May 17, 2002
Original Offense: Perjury, 18 U.S.C. § 1623
Original Sentence: 36 months imprisonment; 2 years supervised release; $500 fine
Type of Supervision: Supervised Release    Date Supervision Commenced: November 2, 2006

### PETITIONING THE COURT

[ ] To extend the term of supervision for _____ years, for a total term of _____ years.
[X] To modify the conditions of supervision as follows:

1) The special condition requiring monthly fine payments of $25.00 be suspended until such time as the defendant has the ability to make regular payments.

### CAUSE

Ms. Perry is a forty-five year old female with an extensive history of mental health disorders. She has been diagnosed with major depressive disorder (severe) with psychotic features, and borderline personality disorder. Prior to her incarceration on the instant offense, she received Social Security Disability benefits based on her mental health conditions. Ms. Perry is in the process of re-applying for her disability benefits. Additionally, she is attempting to secure medical assistance benefits through the Department of Welfare, as she is currently without mental health medication and has no way to afford her prescriptions until her disability benefits resume. Because of her financial circumstances, Ms. Perry has not been able to make any payments toward her $175.00 fine balance. Based on the above information, the supervisee does not appear to have the ability to make monthly fine payments. Therefore, it is suggested that the condition requiring monthly payments of $25.00 be suspended until the defendant's financial circumstances improve. Assistant U.S. Attorney James T. Clancy has no objection to this modification.

Respectfully submitted,

by  Julie M. Persinger
Julie M. Persinger
U.S. Probation Officer
Date: February 8, 2007

Request for Modifying the
Conditions or Term of Supervision
page 2

## THE COURT ORDERS:

[ ] No Action
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

_____2/08/07_____
Date

**FILED**
HARRISBURG, PA

FEB 0 8 2007

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk